Entered on Docket
October 12, 2011

_____
Hon. Bruce T. Beesley
United States Bankruptcy Judge

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
Charles L. Kennon, III, Esq.
Nevada Bar No. 7772
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 259-6560 (facsimile)
mrosales@ccfirm.com
Loan No.  ******2597 / Our File No. 11-09-33276-NV

Attorney for Secured Creditor
JPMorgan Chase Bank, National Association, successor by interest to Washington Mutual Bank FA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | |
|---|---|
| DONNA JUNE FOSTER et al. | CHAPTER 7 |
|  | BANKRUPTCY NO.: 11-50119-BTB |
| Debtor(s) | DATE: N/A |
|  | TIME: N/A |

**ORDER APPROVING STIPULATION FOR TERMINATION OF THE AUTOMATIC STAY RE: BANKRUPTCY ESTATE**

This matter having been negotiated in good faith as between the parties, the terms of which appear in the Stipulation for Termination of the Automatic Stay re: Bankruptcy Estate, dated October 7, 2011 and filed on the Court's docket on October 10, 2011, and in regards to the property located and generally described as 1984 Rosemary Drive, Sparks, NV 89431, ("Property" herein) and legally described as follows:

- 1 -

1  LOT 12, IN BLOCK J OF CENTURY GLEN SUBDIVISION UNIT NO. 4, ACCORDING TO THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON SEPTEMBER 19, 1973, UNDER FILING NO. 301925, AND AS TRACT MAP NO. 1422

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the aforementioned Stipulation is hereby approved by the Court.

Submitted by:

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By: _____*Charles L. Kennon III*_____          Date: October 10, 2011
Charles L. Kennon, III, Esq.
Michael W. Chen, Esq.
Attorney for Secured Creditor
JPMorgan Chase Bank, National Association, successor by interest to Washington Mutual Bank FA

-2-

| | |
|---|---|
| 1 | Stephanie L. Cooper, Esquire |
| | Nevada Bar No. 5919 |
| 2 | Michael W. Chen, Esquire |
| | Nevada Bar No. 7307 |
| 3 | Charles L. Kennon, III, Esq. |
| | Nevada Bar No. 7772 |
| 4 | THE COOPER CASTLE LAW FIRM |
| | A Multi-Jurisdictional Law Firm |
| 5 | 820 South Valley View Blvd. |
| | Las Vegas, NV 89107 |
| 6 | (702) 435-4175/(702) 259-6560 (facsimile) |
| | mrosales@ccfirm.com |
| 7 | Loan No. ******2597 / Our File No. 11-09-33276-NV |
| 8 | Attorney for Secured Creditor JPMorgan Chase Bank, National Association, successor by interest to Washington Mutual Bank FA |

ECF FILED ON:
OCT 10 2011

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | |
|---|---|
| DONNA JUNE FOSTER, et al. | CHAPTER 7 |
| | BANKRUPTCY NO.: 11-50119-BTB |
| Debtor | DATE: N/A |
| | TIME: N/A |

### STIPULATION FOR TERMINATION OF THE AUTOMATIC STAY RE: BANKRUPTCY ESTATE

This matter having been negotiated in good faith between the parties, Charles L. Kennon, III, Esq., of the COOPER CASTLE LAW FIRM, attorney of record for Secured Creditor, JPMorgan Chase Bank, National Association, successor by interest to Washington Mutual Bank FA, DONNA JUNE FOSTER, et al., represented by WILLIAM W. HARRISON, ESQ., indicating a surrender of the property, and this Court being fully advised on the premises, and good cause appearing;

IT IS STIPULATED, AGREED AND ORDERED, that the Automatic Stay re: Bankruptcy Estate in the above-entitled Bankruptcy case is terminated as to Secured Creditor, JPMorgan Chase Bank, National Association, successor by interest to Washington Mutual Bank FA, its assignees and/or successors in interest, regarding the property located and generally described as 1984 Rosemary Drive, Sparks, NV 89431, ("Property" herein) and legally described as follows:

- 1 -

```
 1  LOT 12, IN BLOCK J OF CENTURY GLEN SUBDIVISION UNIT NO. 4, ACCORDING
    TO THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF
 2  WASHOE COUNTY, STATE OF NEVADA, ON SEPTEMBER 19, 1973, UNDER
    FILING NO. 301925, AND AS TRACT MAP NO. 1422
 3
 4  Submitted by:

 5      THE COOPER CASTLE LAW FIRM
        A Multi-Jurisdictional Law Firm
 6
        By:    Charles L. Kennon III              Date: October 5, 2011
 7             Charles L. Kennon, III, Esq.
               Michael W. Chen, Esq.
 8             Attorney for Secured Creditor
               JPMorgan Chase Bank, National Association,
 9             successor by interest to Washington Mutual Bank FA

10
11  APPROVED/DISAPPROVED

12
13  By:    [signature]                            Date: 10/7/2011
           William W. Hamilton, Esq.
14         Attorney for Donna June Foster, et al.

15
16  APPROVED/DISAPPROVED

17
18  By:    [signature]                            Date: 10/10/11
           W. Donald Gieseke,
19         Chapter 7 Trustee

20
21
22
23
24
25
                              - 2 -
```