

**Entered on Docket
October 17, 2011**

_____
**Hon. Bruce T. Beesley
United States Bankruptcy Judge**
_____

# United States Bankruptcy Court
### District of Nevada

Case No. **11−52519−btb**
**Chapter 7**

In re:
   BRUCE E TALBOT
   dba  VERTICAL DIRECTIONS, INC
   dba  GBS MATERIALS, LLC
   dba  GBS CONSTRUCTION COMPANY
   dba  VERTICAL MATERIALS, LLC
   fdba GBS CONSTRUCTION, INC

   JUDITH A TALBOT
               Debtor(s).

## ORDER VACATING ORDER ENTERED IN ERROR

It having been determined that, due to clerical error, an order was entered in this matter. (Dkt. # 45).

IT IS ORDERED that the
Order Vacating Automatic Stay
entered on 10/12/11 is hereby vacated.

###